AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -3 AM 11: 06

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the

Stevie Williams
<u>Petitioner</u>

v.

Lancaster County District Court
<u>Respondent</u>
(name of warden or authorized person having custody of petitioner)

Case No. __8:26 CV 252__
__CR A-25-439__
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.     (a) Your full name: Stevie williams #220336
       (b) Other names you have used:

2.     Place of confinement:
       (a) Name of institution: Omaha Correctional Center
       (b) Address: 2323 Avenue J
                    Omaha, Ne 68110
       (c) Your identification number: 220336

3.     Are you currently being held on orders by:
       ☐ Federal authorities     ☑ State authorities     ☐ Other - explain:

4.     Are you currently:
       ☐ A pretrial detainee (waiting for trial on criminal charges)
       ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
           (a) Name and location of court that sentenced you: Lancaster County District Court Lincoln, Ne
           (b) Docket number of criminal case: CR A-25-439
           (c) Date of sentencing: 5/14/2025
       ☐ Being held on an immigration charge
       ☑ Other (explain): I'm being held on a second degree assault, and a child abuse. which I didn't commit, I took a plea, 0-20 because I was threaten with more charges, and was lie to about possible time serve or probation.

**Decision or Action You Are Challenging**

5.     What are you challenging in this petition:
       ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

RECEIVED
JUN - 3 2026
CLERK
U.S. DISTRICT COURT

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❐ Pretrial detention

❐ Immigration detention

❐ Detainer

❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
  maximum or improperly calculated under the sentencing guidelines)

❐ Disciplinary proceedings

☒ Other (explain): My lawyer, Mislead me, I Shouldn't never took a plea deal, The Victim told them I didn't hit her with a bat, after she lied the first time, The whole case do not make sense because it's all lies.

6.   Provide more information about the decision or action you are challenging:
     (a) Name and location of the agency or court: Lancaster County District Court Lincoln, Ne
     (b) Docket number, case number, or opinion number: CR A-25-439
     (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
     I Shouldn't never being charge with Second degree assault, I was lie to by My lawyer about possible probation or time serve. I received 15-20yrs for Something that I didn't do, nor did it happen.
     (d) Date of the decision or action: 10/4/2024

**Your Earlier Challenges of the Decision or Action**

7.   **First appeal**

     Did you appeal the decision, file a grievance, or seek an administrative remedy?

     ☒ Yes          ❐ No

     (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: State V. Stevie williams Case number CR A-25-439 Nebraska court of appeals.
        (2) Date of filing: march 10, 2026
        (3) Docket number, case number, or opinion number: CR A-25-439
        (4) Result: Petition of appellant for further review was denied
        (5) Date of result: AFFIRMED 3/10/2026
        (6) Issues raised: the Supreme Court review the decision the court of appeal made regarding my claim that my public defender was ineffective for failing to give me reasonable advice about my chances of receiving probation if I accepted the plea agreement. And I only accepted the plea agreement because I was threaten, If my girlfriend didn't testify against me If was to go to trial they would lock her up and take away our kids, And if they would of locked her up I'll lose all I have.

     (b) If you answered "No," explain why you did not appeal:

8.   **Second appeal**

     After the first appeal, did you file a second appeal to a higher authority, agency, or court?

     ☒ Yes          ❐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: *State V. Stevie Williams Case Number CRA-25-439*

    (2) Date of filing: *4/9/2026*

    (3) Docket number, case number, or opinion number: *CRA-25-439*

    (4) Result: *Denied*

    (5) Date of result: *May 18, 2026*

    (6) Issues raised: *Nebraska Supreme court denied my petition for further review*

  (b) If you answered "No," explain why you did not file a second appeal: _____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes      ☐ No

  (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: *4/9/2026*

    (3) Docket number, case number, or opinion number: *CRA-25-439*

    (4) Result: *Denied*

    (5) Date of result: *5/18/2026*

    (6) Issues raised: *The following fillings petition of Appellant for further review, Has been reviewed by the court and the following order entered. Petition of Appellant for further review denied*

  (b) If you answered "No," explain why you did not file a third appeal: _____

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes      ☐ No

If "Yes," answer the following:

  (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☑ No

Page 4 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes        ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: *Unreasonable to expect my Sentence be limited to time served or probation, and wasn't advised of or such lengthy sentence.*

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❏ Yes            ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

❏ Yes            ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I was charge with beating my girlfriend with a baseball bat which I never did do, And the baseball bat has no D.N.A or blood on it

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
They have the bat the same night the same moment this suppose of happen, And my girlfriend told them I didn't hit her with the bat after she lied.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes        ☒ No

**GROUND TWO:** My Girlfriend came to court and told them how she falled and that she was drinking that night and bump her head on my truck.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
If I have beaten someone with a bat the way them people lied on me, She would have had bruises. She only had one mark on her whole body, and that was from her fall.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes        ☒ No

**GROUND THREE:** My Public defender was vary ineffective assistance, I ask for a disposition I never got, She talk with the victim but never took her serious.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My Girlfriend was drunk that night, So drunk until She talk about so much that had nothing to do with the case, She just wanted me locked up because of some text messages in my phone.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes        ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I had a Direct appeals attorney filling my petition, and on my last appeal with the Nebraska Supreme court. My attorney advise me that he was no longer able to assist me with any further effort on this case.

**Request for Relief**

15.  State exactly what you want the court to do: I wish the Court would review my case. I didn't hit my Girlfriend with a bat, which she herself clarified, I have already be faulty convicted once in my life. I wish the court would reverse the decision of the Nebraska Supreme court, I wish that I never took that plea agreement. But the way the District court was threaten me with more charges, and taken my kids. I was scare that they might give me so much time. I would spend the rest of my life in prison, for something that wasn't true.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/1/2026

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Page 9 of 9



Stevie Williams #220336
Omaha Correctional Center
2323 Avenue J
Omaha, Ne 68110

RECEIVED

JUN - 3 2026

CLERK
U.S. DISTRICT COURT

Federal District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th PLZ # 1152
Omaha Ne. 68102